IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Miguel Ramirez, | ) | C/A No. 0:13-cv-02458-RMG |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| Warden, Kershaw Correctional Institution, | ) | |
| Respondent. | ) | |

Petitioner, while an inmate at Kershaw Correctional Institution, proceeding *pro se,* filed a

petition for habeas corpus pursuant to 28 U.S.C. § 2254. By Order dated October 18, 2013, Petitioner

was given an opportunity to provide the necessary information and paperwork to bring the case into

proper form for evaluation and possible service of process. Petitioner was warned that failure to

provide the necessary information within the timetable set forth in the Order would subject the case

to dismissal. The time to bring this case into proper form now has lapsed.

Petitioner has failed to provide for payment of the filing fee and, therefore, has failed to

comply with an order of this Court. This case is **dismissed** *without prejudice* pursuant to Rule 41 of

the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.,* 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

Richard M. Gergel
United States District Judge

December __4__, 2013
Charleston, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set

forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.