AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Miguel Ramirez, ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.   0:13-cv-02458-RMG-PJG |
| Warden, Kershaw Correctional Institution ) | |
| *Respondent* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____ .

■ other: the petitioner, Miguel Ramirez, shall take nothing of the respondent, Warden,  as to the petition filed pursuant to 28 U.S.C. § 2254 and this action is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, dismissing the action without prejudice.

Date:   December 4, 2013                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                                  s/A. Buckingham
                                                                  *Signature of Clerk or Deputy Clerk*